# POMERANTZ
GROSSMAN HUFFORD DAHLSTROM & GROSS LLP

Attorneys at Law

Murielle Steven Walsh
Partner
msteven@pomlaw.com

600 Third Avenue
New York, New York 10016
T: 212.661.1100  D: 646.581.9977

September 14, 2012

**MEMO ENDORSED**

OK

/s/ Colleen McMahon
9/17/12

VIA FACSIMILE: 212-805-6326

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 14C
New York, N.Y. 10007

Re: *In re Advanced Battery Technologies, Inc. Securities Litigation*
Case No.: 1:11-cv-2279-CM

Dear Judge McMahon:

My firm represents the lead plaintiff in the above-referenced action.

On August 29, 2012, Your Honor issued a Decision and Order denying the motion to dismiss by defendants Advanced Battery Technologies, Inc. and individual defendants Zhiguo Fu and Guohua Wan, and granting motions to dismiss by the auditor defendants, Bagell, Josephs Levine & Co., and EFP Rotenberg ("auditor defendants"). Your Honor set a deadline of twenty (20) days for plaintiffs to move to amend their complaint as to the auditor defendants, which falls on September 18th. September 18th is also the deadline for plaintiffs to file their class certification brief.

Due to the observance of the Jewish holidays over the next week and the fact that plaintiffs have to draft a motion for leave, an amended complaint and a class certification brief, I respectfully request a one-week (7 day) extension to file plaintiffs' motion for leave to file an amended complaint as to the auditor defendants.

I have contacted counsel for defendants regarding this extension and received agreements from counsel for the ABAT defendants and counsel for Bagell, Josephs. Plaintiffs' counsel previously agreed to extend the motion to dismiss deadlines, as requested by auditor defendants. No previous requests for extensions of this deadline have been made.

Respectfully submitted,

Murielle Steven Walsh

MSW/lv

cc: Benjamin A. Tulis
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York 10604

Gabriel M. Nugent
Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, New York 13202

Lee S. Shalov, Esq.
Mclaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016

Plaintiffs' are hereby GRANTED a one-week extension to file their motion for leave to amend their complaint as to the auditor defendants. Plaintiffs' new deadline will be September 25, 2012.

Dated:_____        _____
                                 Hon. Colleen McMahon
                                 United States District Judge