IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **IN RE ADVANCED BATTERY TECHNOLOGIES, INC. SECURITIES LITIGATION** | Consolidated Civil Action No. 11 Civ. 2279 (CM) |

## NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

**POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP**
Marc I. Gross
Murielle J. Steven Walsh
600 Third Avenue
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
migross@@pomlaw.com
mjsteven@pomlaw.com

*Lead Counsel and Proposed Lead
Class Counsel*

PLEASE TAKE NOTICE that Lead Plaintiff Ruble Sanderson, individually and on behalf of himself and all others similarly situated, will and hereby does move this Court on a date and at such time as may be designated by the Honorable Colleen McMahon, Courtroom 14C, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 for an order: (i) granting Preliminary Approval of the Proposed Settlement (the "Settlement"); (ii) provisionally certifying a Settlement Class; (iii) approving the form and method for giving notice as provided in the Stipulation of Settlement (the "Stipulation"); (iv) certifying Lead Plaintiff as Class Representative and Lead Counsel as Class Counsel; and (v) setting a date for a Settlement Hearing and deadlines for the mailing of the Notice, the filing of Settlement Class Member objections, the filing of opt-out notices, and the filing of Lead Counsel's application for reimbursement of attorneys' expenses.

This motion is based on this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Stipulation, filed simultaneously herewith, the exhibits thereto, the pleadings and records on file in this action, and other such matters and argument as the Court may consider at the hearing on this motion. The ABAT Defendants, as defined in the Stipulation, do not oppose this motion.

Dated:  November 5, 2013

                                                  Respectfully submitted,

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**

/s/ *Murielle J. Steven Walsh*

Marc I. Gross
Murielle J. Steven Walsh
600 Third Avenue
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
migross@pomaw.com
mjsteven@pomlaw.com

*Lead Counsel*